Board of Education of City of Chicago, appellant, v. Macey Securities Company, appellee. Gen. No. 39,547.

Opinion filed February 1, 1938.

Richard S. Folsom, Frank S. Righeimer, Edward R. Johnston, Albert E. Jenner, Jr., and Samuel W. Block, for appellant. Sonnenschein, Berkson, Lautmann, Levinson & Morse and David H. Brill, for appellee; Isaac E. Ferguson, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Board of Education of City of Chicago, appellant, v. Rosalie Cavanna et al., appellees. Gen. No. 39,548.

Opinion filed February 1, 1938.

Richard S. Folsom, Frank S. Righeimer, Edward R. Johnston, Albert E. Jenner, Jr., and Samuel W. Block, for appellant. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellees; Isaac E. Ferguson, of counsel. David H. Brill, for certain appellees. D'Ancona, Pflaum & Kohlsaat and Kirkland, Fleming, Green, Martin & Ellis, for certain other appellees.

Mr. Justice McSurely delivered the opinion of the court.

Samuel Montgomery, appellant, v. First National Bank of Chicago et al., appellees. Gen. No. 39,502.

Opinion filed February 2, 1938.

Friedeman, Cohn, Howard & Jonesi, for appellant. Winston, Strawn & Shaw and Cassels, Potter & Bentley, for appellees; Frank B. Gilmer, Albert W. Potts and George C. Bunge, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Harry Goldstine Realty Company, appellant, v. Edgar Crilly and George Crilly, appellees. Gen. No. 39,517.

Opinion filed February 2, 1938.

Weinrob & Feldman, for appellant; Alec E. Weinrob and Hyman Feldman, of counsel. Clifford R. Edmister, for appellees; Edward L. Hoyer, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.